counsel fees and other expenses denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See, also, 142 Misc. 11; 235 App. Div. 185; 260 N. Y. 635.]

EVA STEINBERG and MAX STEINBERG, Respondents, v. 795 EAST ONE HUNDRED AND SIXTY-EIGHTH STREET REALTY CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFONSO PERQUIDI, Respondent, v. MAREX REALTY CORPORATION and Others, Defendants, Impleaded with KILAR CONSTRUCTION COMPANY, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY B. MCELENEY, as Administratrix, etc., of JOHN B. MCELENEY, Deceased, Appellant, v. MCKESSON-GIBSON-SNOW CO., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LARRY J. MARGULIES, Respondent, v. MILTON C. WEISMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RICHARD J. CONNOLLY and MURRAY BERGER, Assignees, etc., Respondents, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

SEVENTY-FOURTH STREET MANHATTAN CORPORATION, Appellant, v. LLOYDS CASUALTY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MICHELE GINTO, Appellant, v. MUNSON STEAMSHIP LINE, Respondent. Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JOSEPH LATEINER, Respondent, for a Summary Order Directing M. EMANUEL BALT, an Attorney, Appellant, to Turn over Moneys in His Possession.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN VOGEL STERN (Mrs. ALLISON STERN), Appellant, v. RUTH ERLANGER NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent.— Order modified by allowing plaintiff's counsel the sum of $250 in lieu of traveling expenses and other compensation, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN VOGEL STERN (Mrs. ALLISON STERN), Appellant, v. RUTH ERLANGER NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN VOGEL STERN (Mrs. ALLISON STERN), Appellant, v. RUTH ERLANGER

NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent. (Action No. 1.) HELEN VOGEL STERN (Mrs. ALLISON STERN), Appellant, v. RUTH ERLANGER NATHAN (Mrs. ALFRED NATHAN, JR.), Respondent. (Action No. 2.) Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES BECKER, an Infant, by Mrs. BENJ. FUCHS, Her Guardian ad Litem, Respondent, v. NEW YORK TRUST COMPANY, Trustee for FRANK D. FINLAY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL WIEN, Respondent, v. NATHAN I. WIEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH KESSLER, Respondent, v. BEN FLIGEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT AROWITZ and Another, etc., Appellants, v. ISAAC BARROWS and UNITED POWER LAUNDRIES, INC., Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SALVATORE PEDOTO, Respondent, v. MUSHROOM TRANSPORTATION COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of EDWARD A. BROWN, an Attorney.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of LEON C. SHULTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of WILLIAM R. KLEIN, an Attorney.— Reference ordered. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

IDA PEKARSKY, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant. JOSEPH GANS, Appellant.— Order entered January 10, 1933, modified by striking out the last two paragraphs thereof, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, and the matter remitted to Hon. John M. Tierney, official referee, to take proof of the value of the services of plaintiff's original attorney. Appeal from order denying motion for reargument dismissed. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of WALKER & HEISLER, INC., Assignor, to FRANK H. DEKNATEL, Assignee, Appellant. CHARLES V. HOFFMAN, Respondent.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BENJAMIN YEDWABNIK, an Infant, by HENRY YEDWABNIK, His Guardian ad Litem, and HENRY YEDWABNIK v. STANDARD OIL COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ERICH HERZOG v. SACHS QUALITY FURNITURE Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied,